IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02535-JLK-MJW

QED, INC.,

Plaintiff(s),

v.

U.S. TRAFFIC CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave for Its President to Attend the Settlement Conference by Telephone (docket no. 29) is DENIED.

Date: February 26, 2008