UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02535-JLK-MJW

QED, INC.

    Plaintiff,

v.

U.S. TRAFFIC CORPORATION and
NATIONAL SIGNAL, INC.

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

**THIS MATTER** is before the Court on the parties Stipulation for Dismissal With Prejudice (doc. #42), filed April 15, 2008. The Stipulation is approved. It is, therefore

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

Dated this 15th day of April, 2008.

                                                           BY THE COURT:

                                                           ***S/John L. Kane***
                                                           John L. Kane, Senior Judge
                                                           United States District Court